# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 65 EM 2014
:
               Respondent       :
:
:
:
           v.                :
:
:
:
TIMOTHY L. GAINES,         :
:
               Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of August, 2014, in response to the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc*, this matter is **REMANDED** to the Court of Common Pleas of Philadelphia County for the appointment of new counsel within 60 days of this order. New counsel shall file a Petition for Allowance of Appeal within 30 days of appointment.